DOC NO
C'D/FILED
DEC 26 AM 9:56

DOC NO

U.S.C.A. 7th Circuit
RECEIVED
DEC 21 2018
GINO J. AGNELLO
CLERK

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

WOLFGANG M. VON VADER,
            PETITIONER,


-vs-


UNITED STATES OF AMERICA,
            RESPONDENT.

CIVIL CASE NO. 17-CV-931-JDP
CRIM. CASE NO. 99-CR-125-JDP
HONORABLE JAMES D. PETERSON

## NOTICE OF APPEAL

NOTICE is hereby given that the Petitioner Wolfgang M. Von Vader hereby appeals to the United States Court of Appeals for the Seventh Circuit, the District Court's Order denying the Petitioner's 28 U.S.C. § 2255 Motion and Certificate of Appealability ("COA") pursuant to 28 U.S.C. § 2253, on December 6, 2018.

DATED: Dec 17 ,2018

Respectfully Submitted,

/S/ Wolfgang V-V

WOLFGANG M. VON VADER
REG NO. 04650-090
YAZOO CITY USP
P.O. BOX# 5000
YAZOO CITY, MS 39194